IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PAM BAGGETT                                                                                       PLAINTIFF

v.                                              No. 4:12CV00526 JLH

BRIAN BARNETT, individually and in his
official capacity; UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES by and through the
BOARD OF TRUSTEES OF THE UNIVERSITY
OF ARKANSAS; and JOHN ED ANTHONY,
CARL JOHNSON, JANE ROGERS, SAM HILBURN,
MIKE AKIN, JIM VON GREMP, JOHN TYSON,
BEN HYNEMAN, DAVID PRYOR, and
MARK WALDRIP, in their official capacities as
members of the Board of Trustees of the University
of Arkansas                                                                                     DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of the defendants on the claims of Pam Baggett. Pam Baggett's complaint is hereby dismissed with prejudice.

IT IS SO ORDERED this 7th day of January, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE